FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2026

SEAN F. McAVOY, CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

SANDY L.,

Plaintiff,

vs.

FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 1:26-cv-03063-RHW

**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**

**ECF Nos. 8, 11**

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 11, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney Jordan Goddard represent Plaintiff. Attorney Shata Stucky represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 11**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions. On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to:

- Offer Plaintiff the opportunity for a new hearing;
- Take further action needed to complete the administrative record; and
- Issue a new decision.

*See* ECF No. 11 at 1-2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Opening Brief, **ECF No. 8**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED October 5, 2026.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge