AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2026

SEAN F. MCAVOY, CLERK

SANDY L.
*Plaintiff*
v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY
*Defendant*

Civil Action No. 1:26-cv-03063-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: The parties' Stipulated Motion for Remand, ECF No. 11, is GRANTED. The above-captioned case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

❐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge ROBERT H. WHALEY

Date: 10/5/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*